

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-18-00111-CV

| | | |
|---|---|---|
| Broderick Cofer | § | From the 48th District Court |
| v. | § | of Tarrant County (048-293296-17) |
| | § | June 14, 2018 |
| Arlington Memorial Hospital, Medical Center of Arlington, and Dr. Bill Nesbitt | § | Opinion by Justice Birdwell |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Wade Birdwell_____
      Justice Wade Birdwell